**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 30, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
None

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
**WD76363**       **State of Missouri vs. Anthony D. Jordan**